CITY BANK FARMERS TRUST COMPANY, as Trustee under Trusts Made by WILLIAM W. ASTOR, Appellant, *v.* BANK OF UNITED STATES et al., Respondents.

Argued December 1, 1937; decided January 4, 1938.

*C. Alexander Capron* and *David Kelly* for appellant.

*Edward Feldman* and *Carl J. Austrian* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.